UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE JEMON HARRIS ESTATE,    ) | |
|    ) | |
|     Plaintiff,    ) | |
|    ) | |
|     vs.    ) | Case No. 4:25-cv-00968-MTS |
|    ) | |
| CITY OF FLORISSANT, *et al.*,    ) | |
|    ) | |
|     Defendants.    ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on review of the file and on Plaintiff's Motion to Proceed *in Forma Pauperis*. Plaintiff in this matter names itself as the "Dwayne Jemon Harris Estate." Purporting to appear on behalf of the "Estate" is "Dwayne Jemon Harris – Rex El," a "living, breathing man." But Dwayne Jemon Harris – Rex El is not an attorney enrolled to practice before this Court, and it is well settled that "[o]nly a licensed attorney may represent another party in federal court." *Bader v. Keefe Supply Co.*, 1:18-cv-0115-RWS, 2018 WL 3391546, at *2 (E.D. Mo. July 12, 2018). *See also* E.D. Mo. L.R. 12.01(A) (providing that "only attorneys enrolled pursuant to the rules of this Court . . . may file pleadings, appear, or practice in this Court," though not prohibiting an "*individual* from appearing personally on his or her *own behalf*" (emphasis added)).

Thus, the Court will require that an attorney authorized to practice law in this Court enter his or her appearance in this matter on behalf of Plaintiff no later than August 07, 2025. *See Joubert v. Brown William Tobacco Corp.*, 2:10-cv-0887-RSM, 2010 WL 11527327, at *2 (W.D. Wash. July 14, 2010) ("Estates may not proceed *pro se* in federal

court."); *Arnold v. Indiana*, No. 22-2750, 2023 WL 4198034, at *2 (7th Cir. June 27, 2023) (explaining that "a non-attorney representative of an estate" appearing in federal court amounts to "representing another party in litigation without a law license").

Further, "only a natural person may qualify for treatment *in forma pauperis* under [28 U.S.C.] § 1915." *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 196 (1993). Thus, the Court will deny the Estate's Motion to Proceed *in Forma Pauperis*. *See In re Est. of Van Putten*, 553 F. App'x 328 (4th Cir. 2014) (per curiam) (denying an estate's request to proceed *in forma pauperis* since only a natural person may do so). No later than August 07, 2025, Plaintiff must pay the full $405 filing fee in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *in Forma Pauperis*, Doc. [2], is **DENIED**. Plaintiff must prepay the entire filing fee in this matter no later than **Thursday**, **August 07, 2025**. Failure to do so will result in the dismissal of this action without prejudice and without further notice.

**IT IS FURTHER ORDERED** that an attorney authorized to practice law in this Court must enter his or her appearance in this matter no later than **Thursday**, **August 07, 2025**. If none does so, the Court will dismiss this action without prejudice and without further notice.

Dated this 24th day of July 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE